

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00130-CV

| | | |
|---|---|---|
| CARLA DUNLAP, Appellant | § | On Appeal from the 17th District Court |
| | § | of Tarrant County (017-321589-20) |
| V. | § | October 28, 2021 |
| CITY OF FORT WORTH, Appellee | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellant Carla Dunlap shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
Justice Dabney Bassel